

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2019

No. 04-18-00811-CR

Richard Anthony **STEWART,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17-802
Honorable Rex Emerson, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. No further extensions absent extraordinary circumstances. The appellant's brief is due on March 4, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court